US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 28 2021

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:21CR20016-001 |
| v. | ) | |
| WILLIAM T. BOEN | ) | 18 U.S.C. § 1855 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about February 22, 2020, in the Western District of Arkansas, Fort Smith Division, the Defendant, **WILLIAM T. BOEN**, willfully and without authority, set fire to timber, underbrush, grass, and other flammable material upon the public domain and lands owned by and under the concurrent jurisdiction of the United States, namely, the Ozark-St. Francis National Forest in Johnson County, Arkansas.

All in violation of Title 18, United States Code, Section 1855.

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: _____
Kenneth Elser
Assistant U. S. Attorney
Arkansas Bar No. 89184
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-494-4071
E-mail: Kenny.Elser@usdoj.gov